**FILED**
MAR 18 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Criminal Case No. 08CR787-W |
|---|---|
| Plaintiff, | ) <u>I N F O R M A T I O N</u> |
| v. | ) Title 21, U.S.C., Secs. 952 and |
| JUAN CARLOS ORDUNO-URENA (1), | ) 960 - Importation of Cocaine; |
| JORGE LUIS LEAL-RODRIGUEZ (2), | ) Title 18, U.S.C., Sec. 2 - Aiding |
| | ) and Abetting (Felony) |
| Defendants. | ) |

The United States Attorney charges:

On or about February 18, 2008, within the Southern District of California, defendants JUAN CARLOS ORDUNO-URENA and JORGE LUIS LEAL-RODRIGUEZ, did knowingly and intentionally import 5 kilograms or more, to wit: approximately 23.46 kilograms (51.6 pounds), of Cocaine, Schedule II Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952, 960 and Title 18, United States Code, Section 2.

DATED: <u>March 18, 2008</u>.

KAREN P. HEWITT
United States Attorney

/s/ John F. Weis

JEFFREY D. MOORE
Assistant U.S. Attorney

JDM:jam:Imperial
3/17/08