# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA )  CASE NUMBER _08 CR 787W_
)
vs )  ABSTRACT OF ORDER
)
)  Booking No. _06000298_
Jorge Luis Leal- )
Rodriguez )

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of _4-9-08_

the Court entered the following order:

__X__ Defendant be released from custody.

_____ Defendant placed on supervised / unsupervised probation / supervised release.

_____ Defendant continued on supervised / unsupervised probation / supervised release and released from custody.

_____ Defendant released on $_____ bond posted.

_____ Defendant appeared in Court. FINGERPRINT & RELEASE.

_____ Defendant remanded and ( _____ bond) ( _____ bond on appeal) exonerated.

_____ Defendant sentenced to TIME SERVED, supervised release for _____ years.

_____ c.c. judgment Court of Appeals ( _____ affirming) ( _____ reversing) decision of this Court:

          _____ dismissing appeal filed.

_____ Bench Warrant Recalled.

_____ Defendant forfeited collateral.

__X__ Case Dismissed.

_____ Defendant to be released to Pretrial Services for electronic monitoring.

_____ Other._____

Received _Andrew Raupe_
         DUSM

UNITED STATES MAGISTRATE JUDGE
                    OR
W. SAMUEL HAMRICK, JR. Clerk
by
   _C. Trimble_
   Deputy Clerk

Crim-9  (Rev 6-95)                                ★ U.S. GPO: 1996-783-398/40151

CLERKS' COPY