FILED
08 APR 10 AM 11:05

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

FILED
APR - 9 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

| UNITED STATES OF AMERICA, | CASE NO. 08CR0787-W |
|---|---|
| Plaintiff, | |
| vs. | **JUDGMENT OF DISMISSAL** |
| Jorge Luis Leal-Rodriguez, | |
| Defendant. | |

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

___ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___ the Court has dismissed the case for unnecessary delay; or

_X_ the Court has granted the motion of the Government for dismissal; or

___ the Court has granted the motion of the defendant for a judgment of acquittal; or

___ a jury has been waived, and the Court has found the defendant not guilty; or

___ the jury has returned its verdict, finding the defendant not guilty;

_X_ of the offense(s) of: 21 USC 952, 960, 18 USC 2.

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 4/9/08

Thomas J. Whelan
UNITED STATES DISTRICT JUDGE

I have executed within Judgment of dismissal
Judgement and Commitment on 4/9/08
United States Marshal
By: _____
USMS Criminal Section